# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

**UNITED STATES OF AMERICA,**

                      **Plaintiff,**        Filed Under Seal

            v.                      CASE NO.  24-cr-10062-JWB-01-02

**JETT HAKAN WILLIAMSON, and**
**STEVEN LOVEALL,**

                      **Defendants.**

# INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNT 1

**POSSESSION WITH INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE**
**[21 U.S.C. § 841(a)(1)]**

On or about October 6, 2023, in the District of Kansas, the defendant,

**JETT HAKAN WILLIAMSON,**

knowingly and intentionally possessed with intent to distribute 50 grams and more of a mixture and substance containing a detectable amount of methamphetamine, a controlled substance.

1

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(viii).

## COUNT 2

**DISTRIBUTION OF A CONTROLLED SUBSTANCE**
**[21 U.S.C. § 841(a)(1)]**

On or about April 30, 2024, in the District of Kansas, the defendant,

JETT HAKAN WILLIAMSON,

knowingly and intentionally distributed 50 grams and more of a mixture and substance containing a detectable amount of methamphetamine, a controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(viii).

## COUNT 3

**USE OR CARRY A FIREARM IN DURING A DRUG TRAFFICKING CRIME**
**[18 U.S.C. § 924(c)]**

On or about April 30, 2024, in the District of Kansas, the defendant,

JETT HAKAN WILLIAMSON,

knowingly used and carried a firearm during and in relation to a drug trafficking crime for which defendant JETT HAKAN WILLIAMSON may be prosecuted in a court of the United States, that is, distribution of a controlled substance in violation of Title 21, United States Code, Section 841(a)(1).

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i), (ii).

## COUNT 4

**DISTRIBUTION OF A CONTROLLED SUBSTANCE**
**[21 U.S.C. § 841(a)(1)]**

On or about May 9, 2024, in the District of Kansas, the defendants,

JETT HAKAN WILLIAMSON, and
STEVEN LOVEALL,

knowingly and intentionally distributed 50 grams and more of a mixture and substance containing a detectable amount of methamphetamine, a controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(viii).

## COUNT 5

### USE OR CARRY A FIREARM DURING A DRUG TRAFFICKING CRIME
### [18 U.S.C. § 924(c)]

On or about May 9, 2024, in the District of Kansas, the defendant,

STEVEN LOVEALL,

knowingly used and carried a firearm during and in relation to a drug trafficking crime for which defendant STEVEN LOVEALL may be prosecuted in a court of the United States, that is, distribution of a controlled substance in violation of Title 21, United States Code, Section 841(a)(1).

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i), (ii).

### FORFEITURE NOTICE

1.  The allegations contained in Counts 1-5 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section § 924(d), Title 28, United States Code, Section 2461, and Title 21, United States Code, Section 853.

2.  Upon conviction of one or more of the offenses set forth in Counts 1-5 of this Indictment, the defendants, shall forfeit to the United States pursuant to Title 18, United

States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms or ammunition involved in the commission of the offenses.

3.      Upon conviction of one or more of the offenses set forth in Counts 1, 2, and 4, the defendants, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting or derived from any proceeds obtained, directly or indirectly, as the result of such offenses and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offenses, including but not limited to:

> A.  A forfeiture money judgment against the defendant in an amount equal to the amount of gross proceeds obtained or derived by him from the commission of Counts 1, 2 and 4.

All in violation of Title 18, United States Code, Section § 924(d), Title 28, United States Code, Section 2461, and Title 21, United States Code, Section 853.

A TRUE BILL.

 June 11, 2024                        s/Foreperson
DATE                                  FOREPERSON OF THE GRAND JURY

KATE E. BRUBACHER
UNITED STATES ATTORNEY

By: /s/ Debra L. Barnett
DEBRA L. BARNETT
Assistant United States Attorney
District of Kansas
301 N. Main, Suite 1200
Wichita, Kansas  67202
Ph: (316) 269-6481
Fax: (316) 269-6484
Email: debra.barnett@usdoj.gov
Ks. S. Ct. No. 12729

4

IT IS REQUESTED THAT THE TRIAL BE HELD IN WICHITA, KANSAS

# **PENALTIES**

**Counts 1, 2 and 4 [Possession with Intent to Distribute a Controlled Substance or Distribution of a Controlled Substance]**

- Punishable by a term of imprisonment of not more than 20 years.  21 U.S.C. § 841(b)(1)(C).

- A term of supervised release of at least three (3) years.  21 U.S.C. § 841(b)(1)(C).

- A fine not to exceed $1 million.  21 U.S.C. § 841(b)(1)(C).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.

If the defendant commits such a violation after a prior conviction for a felony drug offense has become final, the penalties are:

- A term of imprisonment of not more than 30 years.  21 U.S.C. § 841(b)(1)(C).

- A term of supervised release of at least six (6) years.  21 U.S.C. § 841(b)(1)(C).

- A fine not to exceed $2 million.  21 U.S.C. § 841(b)(1)(C).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.

**Counts 3 and 5 [924(c) – use or carry]**

- Punishable by a term of imprisonment of not less than five (5) years and no more than life.  18 U.S.C. § 924(c)(1)(A)(i).  This term of imprisonment runs consecutive to any other term of imprisonment imposed on the defendant.  18 U.S.C. § 924(c)(1)(D)(ii).  If the defendant has a prior conviction for a violation of § 924(c)(1)(A), the instant offense is punishable by a term of imprisonment of not less than twenty-five (25) years and not more than life.  18 U.S.C. § 924(c)(1)(C)(i).

- A term of supervised release of not more than five (5) years.  18 U.S.C. § 3583(b)(1).

- A fine not to exceed $250,000.  18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.