# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

**UNITED STATES OF AMERICA,**

      Plaintiff,

      v.                            CASE NO. 24-cr-10062-JWB

**JETT HAKAN WILLIAMSON, and
STEVEN LOVEALL,**

      Defendants.

### UNITED STATES' NOTICE OF AMENDED PENALTIES FOR THE INDICTMENT (Doc. 6)

The United States of America respectfully advises the Court that the statutory penalties listed for Counts 1, 2 and 4 on the Penalties page of the Indictment (Doc.6, page 6) are incorrect for violations of 21 U.S.C. § 841(b)(1)(B). The statutory penalties for the violations alleged in Counts 1, 2 and 4 should read as follows:

**Counts 1, 2 and 4 [Possession with Intent to Distribute a Controlled Substance or Distribution of a Controlled Substance]**

- Punishable by a term of imprisonment of not less than five (5) years and no more than forty (40) years.  21 U.S.C. § 841(b)(1)(B).

- A term of supervised release of at least four (4) years.  21 U.S.C. § 841(b)(1)(B).

- A fine not to exceed $5 million.  21 U.S.C. § 841(b)(1)(B).

- A mandatory special assessment of $100.00.   18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.

If the defendant commits such a violation after a prior conviction for a serious drug felony or serious violent felony has become final, the penalties are:

- A term of imprisonment of not less than ten (10) years and no more than life.   21 U.S.C. § 841(b)(1)(B).

- A term of supervised release of at least eight (8) years.   21 U.S.C. § 841(b)(1)(B).

- A fine not to exceed $8 million.   21 U.S.C. § 841(b)(1)(B).

- A mandatory special assessment of $100.00.   18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.

In order to have a complete recitation of the statutory penalties for the Indictment in one document, the penalties for Counts 3 and 5 should read as follows:

**Counts 3 and 5 [924(c) – use or carry]**

- Punishable by a term of imprisonment of not less than five (5) years and no more than life.   18 U.S.C. § 924(c)(1)(A)(i).   This term of imprisonment runs consecutive to any other term of imprisonment imposed on the defendant.   18 U.S.C. § 924(c)(1)(D)(ii).   If the defendant has a prior conviction for a violation of § 924(c)(1)(A), the instant offense is punishable by a term of imprisonment of not less than twenty-five (25) years and not more than life.   18 U.S.C. § 924(c)(1)(C)(i).

- A term of supervised release of not more than five (5) years.   18 U.S.C. § 3583(b)(1).

- A fine not to exceed $250,000.   18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.

          KATE E. BRUBACHER
          United States Attorney

          /s/   Debra L. Barnett
          DEBRA L. BARNETT
          Assistant United States Attorney
          United States Attorney's Office
          301 N. Main, Suite 1200
          Wichita, Kansas 67202
          316-269-6481
          K.S.Ct.No. 12729
          debra.barnett@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on June 17, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the attorneys for the defendants, who were not known at the time this document was filed.

          s/ Debra L. Barnett
          DEBRA L. BARNETT
          Assistant U.S. Attorney