# UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS
(Wichita Docket)

UNITED STATES OF AMERICA,

      Plaintiff,

      v.                              CASE NO. 24-cr-10062-JWB

JETT WILLIAMSON, and,
STEVEN LOVEALL,

      Defendants.

## GOVERNMENT'S NOTICE OF INTENT TO OFFER EXPERT WITNESS TESTIMONY (JUSTIN SPRAGUE)

The United States of America, by and through undersigned counsel, provides this designation of expert pursuant to the Court's Pretrial and Criminal Case Management Order (Doc. 12) and Federal Rule of Criminal Procedure 16(a)(1)(G). The government reserves the right to supplement this designation as circumstances require, and requests full disclosure of all information required pursuant to the Court's Pretrial and Criminal Case Management Order (Doc. 12) and Federal Rule of Criminal Procedure 16(b) from the Defendants and their counsel.

1

The government intends to call the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Special Agent (SA) Justin Sprague, as an expert witness, if either Defendant goes to trial.

During discovery herein the government provided Defendant Loveall[1] with SA Sprague's Statement of Qualifications (numbers RD1_WILLIAMSON_000006 - 000007, RD1_WILLIAMSON_000030 - 000031), the Reports of Investigation (numbers RD1_WILLIAMSON_000004 - 000005, RD1_WILLIAMSON_000032 - 000034), and photographs accompanying the Reports of Investigation (numbers RD1_WILLIAMSON_000001 - 000003, RD1_WILLIAMSON_000008 - 000029).  The Reports of Investigation set forth a description of the evidence SA Sprague examined, the method used to examine the items, and the results along with his conclusions. The report is signed by SA Sprague and contains "all the opinions and the bases and reasons for them required by [Fed.R.Crim.P. 16(a)(1)(G)] (iii)." As such, the government asserts that SA Sprague is not required to sign this notice pursuant to Fed.R.Crim.P. 16(a)(1)(G)(v).

Fed.R.Crim.P. 16(a)(1)(G)(iii) additionally requires, however, a list of all publications authored by SA Sprague in the previous 10 years and a list of all cases in which, during the previous four (4) years, SA Sprague has testified as an expert at trial or by deposition. The government advises that SA Sprague has not authored any publications in the previous 10 years.

---

[1] At the time this notice was filed, discovery was not reproduced for Defendant Williamson because he has not yet appeared to face the charges filed herein.  After Defendant Williamson makes his appearance, the discovery provided to Defendant Loveall, through his counsel, will be provided to Defendant Williamson through Defendant Williamson's counsel.  This Notice applies to Defendant Williamson and his prosecution and the United States believes that it is not required to refile it.

As for SA Sprague's previous expert testimony, he testified in United States v. Roger Moss, Case No. 20-cr-10038-JWB, during December of 2021.

If called to testify the government will ask SA Sprague to testify regarding the content of his report which includes his examination of various marked exhibits, how he examined the exhibits, how markings on the exhibits correspond to his method for identifying the items in his report, and the conclusions reached based on his examinations. These conclusions include, but are not limited to, (i) each item is a firearm as defined by federal law, (ii) each firearm operates as intended due to being test fired and how that was accomplished, (iii) each firearm was manufactured outside the state of Kansas (with specifics provided about their place of manufacture), and (iv) each firearm was received and/or possessed in the District of Kansas, meaning that it travelled in interstate or foreign commerce (whichever is applicable for the specific firearm) prior to its possession in the District of Kansas.

If the Court or defense counsel have questions or issues regarding this disclosure or SA Sprague's testimony, the government is prepared to respond.

                                        KATE E. BRUBACHER
                                        United States Attorney

                                        /s/   Debra L. Barnett
                                        DEBRA L. BARNETT
                                        Assistant United States Attorney
                                        United States Attorney's Office
                                        301 N. Main, Suite 1200
                                        Wichita, Kansas 67202
                                        316-269-6481
                                        316-269-6484 (fax)
                                        K.S.Ct.No. 12729
                                        debra.barnett@usdoj.gov

## **CERTIFICATE OF SERVICE**

   I hereby certify that on August 2, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record, who at the time of this filing is Mr. Steve Ariagno for Mr. Loveall.

                s/ Debra L. Barnett
                DEBRA L. BARNETT
                Assistant U.S. Attorney